IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| DANNY HERMAN TRUCKING, INC. § | |
| *Plaintiff,* § | |
| § | |
| vs. § | PE:21-CV-00043-DC-DF |
| § | |
| LILIANA MIRANDA A/K/A LILI § | |
| MIRANDA, § | |
| and CATALINA VILLEGAS DE § | |
| CARRILLO, § | |
| *Defendants.* § | |

## ORDER FOR PROOF OF SERVICE

BEFORE THE COURT is the above-styled and -numbered cause, which Plaintiff Danny Herman Trucking, Inc. ("Danny Herman") filed against Defendants Liliana Miranda a/k/a Lili Miranda and Catalina Villegas de Carrillo ("Villegas") on June 18, 2021. (Doc. 1). The Clerk of this Court issued a summons as to Villegas on June 21, 2021. (Doc. 4). Villegas has filed an Answer (Doc. 7) and Motion to Dismiss for Failure to State a Claim, Pursuant to Rule 12(b)(6) (hereafter, "Motion to Dismiss") (Doc. 6). Although Danny Herman claims in a response to the Motion to Dismiss that Villegas was served with process on July 6, 2021 (Doc. 9 at 4), thereby designating the Motion to Dismiss as untimely, the record does not reflect that Villegas has been so served.

**IT IS ORDERED** that Danny Herman provide the Court with proof of service regarding Villegas within **ten (10) days** from entry of this Order. Such proof of service must comply with Federal Rule of Civil Procedure 4(l). **Failure to timely file appropriate service information with regard to Villegas by January 28, 2022, may result in the Motion to Dismiss (Doc. 6) being presumed timely filed.**

SIGNED this 18th day of January, 2022.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE